_____

No. 95-3053
_____

Linda Cummings,                     *
                                    *
            Appellant,              *
                                    *   Appeal from the United States
      v.                            *   District Court for the
                                    *   Western District of Missouri.
C.O. 1 Robert Alderman,             *
                                    *        [UNPUBLISHED]
            Appellee.               *

_____

            Submitted:  May 31, 1996

              Filed:  June 6, 1996
_____

Before FAGG, BOWMAN, and HANSEN, Circuit Judges.
_____

PER CURIAM.


     Missouri inmate Linda Cummings appeals the adverse grant of summary judgment by the District Court[1] in her 42 U.S.C. § 1983 action against Renz Correctional Officer, Robert Alderman.  After de novo review of the record and the parties' briefs, we conclude the District Court's grant of summary judgment was correct.  Accordingly, we affirm.  See 8th Cir. R. 47B.


     We deny appellant's motion for reconsideration of our prior order denying her motion to consolidate.

_____

     [1]The Honorable Scott O. Wright, United States District Judge for the Western District of Missouri, adopting the report and recommendation of the Honorable William A. Knox, United States Magistrate Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.